NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELIUS LASHUN GREEN, | ) | No. C 07-0322 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| CONTRA COSTA COUNTY SHERIFFS, et al., | ) | |
| Defendants. | ) | |

On January 18, 2007, Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis. On that same day, the Court sent a notification to Plaintiff that he had not paid the $350.00 filing fee or filed a completed application to proceed in forma pauperis with supporting documentation of a certificate of funds completed and signed by an authorized officer at the prison. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days.

\\\

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Green322disifp          1

1   As of the date of this order, Plaintiff has not responded, nor filed a completed in
2 forma pauperis application.  On June 8, 2007, the Court received notice that Petitioner is
3 no longer in custody and on parole. (see docket no. 8).  Accordingly, the instant civil
4 rights action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee
5 or file a completed in forma pauperis application.  The Clerk shall terminate any pending
6 motions and close the file.  No filing fee is due in this closed case.
7   IT IS SO ORDERED.
8 DATED: ___7/31/07_____

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Green322disifp            2

1  A copy of this ruling was mailed to the following:

3  Cornelius Lashun Green
   J-38916
   Deuel Vocational Institute
4  P.O. Box 600
   Tracy, CA  95378-0600